Dallas Andrew NEFF, Appellant,

v.

STATE of Florida, Appellee.

No. 2D16–1014.

District Court of Appeal of Florida, Second District.

Aug. 17, 2016.

Dallas Andrew Neff, pro se.

PER CURIAM.

Affirmed. *See Ellis v. State,* 762 So.2d 912 (Fla.2000); *Hughes v. State,* 22 So.3d 132 (Fla. 2d DCA 2009); *Brown v. State,* 827 So.2d 1054 (Fla. 2d DCA 2002); *Cook v. State,* 816 So.2d 773 (Fla. 2d DCA 2002); *Clayton v. State,* 904 So.2d 660 (Fla. 5th DCA 2005); *Hope v. State,* 766 So.2d 343 (Fla. 5th DCA 2000).

CASANUEVA, KHOUZAM, and MORRIS, JJ., Concur.